UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO NICOLO C., <br><br>                              Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>                              Defendant. | Case No.:  3:20-cv-01402-KSC <br><br> **ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS [Doc. No. 2]** |

On July 22, 2020, plaintiff Angelo Nicolo C. commenced an action against the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.]  Plaintiff also filed an Application to Proceed with his Complaint *in forma pauperis*.  [Doc. No. 2.] The Application is in the form of an affidavit. [*Id.*]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee.  *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty."  *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).
/ /

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted). Here, plaintiff's affidavit states that he is unemployed, has no other sources of income, and no assets. [Doc. No. 2 at 1-2.] Plaintiff's affidavit further states he relies on friends for lodging and transportation. [Doc. No. 2 at 4.] Therefore, the Court finds that plaintiff's affidavit sufficiently shows that he lacks the financial resources to pay his filing fee.

Accordingly, plaintiff's Application to Proceed with his Complaint *in forma pauperis* is hereby GRANTED. [Doc. No. 2.]

**IT IS SO ORDERED.**

Dated: July 24, 2020

Hon. Karen S. Crawford
United States Magistrate Judge